ACCEPTED
03-15-00365-CV
7741308
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/9/2015 11:52:44 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00365-CV

IN THE

THIRD JUDICIAL DISTRICT COURT OF APPEALS

at AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/9/2015 11:52:44 AM
JEFFREY D. KYLE
Clerk

JAMES C. MOSSER and MOSSER LAW PLLC,
Appellants

v.

BOB MIMS,
Appellee

APPEALED FROM THE 340th JUDICIAL DISTRICT COURT
TOM GREEN COUNTY, TEXAS

## APPELLANTS' THIRD MOTION TO EXTEND TIME TO FILE ORIGINAL BRIEF

COMES NOW, Appellants, James C. Mosser, and Mosser Law PLLC, and files this their Motion to Extend Time to File Original Brief, and in support thereof would show the following:

### INTRODUCTION

1. Appellants are James C. Mosser, and Mosser Law, PLLC.

2. Appellee is Bob Mims.

3. There is no specific deadline to file this motion to extend time. *See*

TEX. R. APP. P. 38.6(d).

## ARGUMENT & AUTHORITIES

4.    The Court has authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

5.    Appellants' Brief is Due on November 9, 2015

6.    Appellants' request an additional fourteen days to file their brief, extending the time until Monday, November 23, 2015.

7.    Two extensions has been granted to extend the time to file the Appellants' Brief.

8.    In addition to working on this appeal, Counsel for Appellants has been handling a very busy litigation schedule in the thirty days since the court granted its previous extension. Counsel has engaged in significant trial preparation work, trial attendance, discovery, and was required to respond to a voluminous Motion for Summary Judgment.

9.    Furthermore, the trial court's extensive order awarding sanctions in this case is nine pages long consisting of fifty-four paragraphs. Appellant must respond to each assertion made therein, or it risks waiving an issue on appeal. CR 1: 420-428

10.   Additionally, Counsel for Appellants believes that the unique

positions on the law that undergird this case, positions on which the Supreme Court has granted a Petition for Review, warrant additional research to ensure that all matters are fully and adequately briefed for this court. *See Wood v. HSBC et al.,* 439 S.W.3d 585 (Tex.App.–Houston [14th Dist] 2014, pet. filed), *review granted,* No.14-0714 (Tex. October 9, 2015).

11. Thus, this motion is not filed for the purpose of delay, but to allow counsel adequate time to responsibly complete the brief on the merits.

## CONCLUSION

12. Appellant's busy litigation schedule, coupled with the Supreme Court's decision to grant review in *Wood v. HSBC* and the effect that decision may have on this appeal and the unique positions presented in the trial court's order and here warrants an additional extension of time.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellants ask the Court to grant an extension of time to file their brief until Monday, November 9, 2015

Respectfully Submitted, *MOSSER LAW PLLC*

/s/ Paul J. Downey
James C. Mosser
Texas Bar No. 00789784
Nicholas D. Mosser
Texas Bar No. 24075405
Paul J. Downey
Texas Bar No. 24080659
2805 Dallas Parkway, Suite 220
Plano, Texas 75093
Tel. (972) 733-3223
Fax. (469) 626-1073
courtdocuments@mosserlaw.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Larry W. Bale, Counsel for Appellee, by telephone on November 9, 2015 in accordance with TEX. R. CIV. P. 10.5(a)(5), and he remains opposed to any extensions in this case.

/s/ Paul J. Downey
Paul J. Downey.

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2015, I served a copy of Appellants' Motion to Extend Time to File Original Brief on the party listed below by electronic service and that the electronic transmission was reported as complete. My email address is courtdocuments@mosserlaw.com

/s/ Paul J. Downey
Paul J. Downey

**Appellee**
Bob Mims, represented by
Hay, Wittenburg, Davis, Caldwell & Bale, LLP
Larry W. Bale

Texas Bar No. 01629830
P.O. Box 271
San Angelo, Texas 76092
Tel. (325) 658-2728
lwb@hwdcb.com